UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JAMES BEDREE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.  1:04-CV-427 |
| | ) | |
| IVAN A. LEBAMOFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

This matter is before the Court on the motion of the *pro se* Plaintiff, James Bedree, captioned "Motion for Substitution of Parties."  (Docket # 81.)  In that motion, Bedree seeks, under Federal Rule of Civil Procedure 25(a)(1), to substitute for the named defendant, Ivan A. Lebamoff, the unknown personal representative of the Estate of Ivan A. Lebamoff, deceased.

On November 20, 2007, the Court took the motion under advisement and gave counsel for Ivan A. Lebamoff until December 3, 2007, to file a response to the motion.  We now have the response (Docket # 100) and although the Defendant maintains that Bedree's claims are without merit, there is no objection to the request for substitution.

Accordingly, Bedree's Motion for Substitution of Parties (Docket # 81) is GRANTED and the personal representative of the Ivan A. Lebamoff Estate is substituted for Ivan A. Lebamoff, deceased. SO ORDERED.

Enter: December 3, 2007.

S/Roger B. Cosbey
Roger B. Cosbey
United States Magistrate Judge